IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISIONS

| KELLI JO CARTER-BENSON and EDGAR CARTER, Plaintiffs, v. CITY OF GREAT FALLS, ADAM OLSON, MICHAEL DRAPER and John and Jane Does 1-10, Defendants. | CV-18-113-GF-BMM-JTJ **ORDER** |
|---|---|

Plaintiffs' have filed an unopposed motion to appear at the preliminary pretrial conference on October 16, 2018, at 3:30 p.m., by telephone. For good cause shown:

**IT IS HEREBY ORDERED**: **ALL PARTIES** will appear at the preliminary pretrial conference on October 16, 2018, at 3:30 p.m., by telephone. The Court will contact the parties with the call-in number

DATED this 9th day of October, 2018.

John Johnston
United States Magistrate Judge

1