IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KELLI JO CARTER-BENSON and EDGAR CARTER, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF GREAT FALLS; ADAM OLSON; MICHAEL DRAPER; AARON McADAM; WILLIAM BROOKS; and JOHN and JANE DOES 6-10, <br><br> Defendants. | CV 18-113-GF-JTJ <br><br> ORDER |

The Court conducted a hearing on all pending motions on January 29, 2020. For the reasons discussed in open court,

IT IS HEREBY ORDERED:

1. Defendants' unopposed Motion for Leave to Disclose Bryan Enseleit as an Expert Witness (Doc. 56) is GRANTED. Defendants shall provide a copy of Mr. Enseleit's expert report to the Plaintiffs on or before February 5, 2020. The expert report must comply with Fed. R. Civ. 26(a)(2)(B).

2. Plaintiffs may retain a rebuttal expert to address the opinions stated in

Mr. Enseleit's expert report. If Plaintiffs retain a rebuttal expert, Plaintiffs must provide an expert report to the Defendants on or February 19, 2020.

3. The parties may depose Mr. Enseleit and any rebuttal expert retained by the Plaintiffs.

4. Plaintiffs' Motion in Limine to Exclude the Expert Testimony of Mr. Enseleit (Doc. 62) is DENIED, without prejudice to renewal.

5. Plaintiff Kelli Jo Carter-Benson shall provide a medical release to the Defendants on or before February 5, 2020, that authorizes her health care providers to release her medical records to the Defendants.

DATED this 30th day of January, 2020.

John Johnston
United States Magistrate Judge