# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| KELLI JO CARTER-BENSON and EDGAR CARTER,<br>　　　　Plaintiffs,<br><br>v.<br><br>**CITY OF GREAT FALLS; ADAM OLSON; MICHAEL DRAPER; AARON McADAM; WILLIAM BROOKS and JOHN AND JANE DOES 6-10**,<br>　　　　Defendants. | Cause No. CV-18-113-GF-JTJ<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |
|---|---|

THIS MATTER coming on for dismissal on the stipulation of the parties, it is

ORDERED that the above-entitled action and complaint be dismissed with prejudice, with each party to pay his or its own costs and attorney's fees.

DATED this 1st day of March, 2021.

_____
John Johnston
United States Magistrate Judge